**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHAREE MILES, ET AL.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**WALGREENS BOOTS ALLIANCE, ET AL.,**<br><br>    **Defendants.** | **Case No.: 4:22-CV-04445-YGR**<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Maxine M. Chesney to consider whether it is related to *Maguire v. Wal-Mart Stores, Inc*., No. 3:22-cv-03238-MMC ("*Maguire*"). Having reviewed the complaints in the two actions, both concern related prenatal exposure to Paracetamol, also known as Acetaminophen. The undersigned understands that the following cases involving Walgreens Boots Alliance and/or CVS Health Corporation have also been related to *Maguire*:

- *Bell v. Walgreens Boots Alliance*, No. 3:22-cv-03882-MMC
- *Gevargiz v. Walgreens Boots Alliance*, No. 3:22-cv-04439-MMC
- *Good v. Walmart Inc*., No. 3:22-cv-04442-MMC

**IT IS SO ORDERED.**

Date: September 20, 2022

                                                      **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**

**CC: HONORABLE MAXINE M. CHESNEY**